LEONARD UDOLF *v.* PLAN AND ZONING COMMISSION OF THE TOWN OF WEST HARTFORD ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court is denied.

*Wesley W. Horton,* in support of the petition.

*Richard P. Weinstein* and *Patrick G. Alair,* in opposition.

Decided January 12, 1988

STATE OF CONNECTICUT *v.* TERRENCE BIGGS

The defendant's petition for certification for appeal from the Appellate Court, 13 Conn. App. 12, is denied.

*William M. Bloss,* special public defender, in support of the petition.

*Leah Hawley,* deputy assistant state's attorney, in opposition.

Decided January 21, 1988

STATE OF CONNECTICUT *v.* CHESTER HIGH

The defendant's petition for certification for appeal from the Appellate Court, 12 Conn. App. 685, is denied.

*Leopold P. DeFusco,* in support of the petition.

Decided February 2, 1988